UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| John Steele, Jr. | ) | No. 10-23832 |
| | ) | |
| Debtor. | ) | Judge Squires |

### ORDER REQUIRING ATTORNEY TIMOTHY LIOU TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED PURSUANT TO BANKRUPTCY RULE 9011

Attorney Timothy K. Liou filed an application seeking compensation for his services as counsel for the debtor in this chapter 13 bankruptcy case. In his application, Liou checked a box indicating that he and the debtor had entered into the court's Model Retention Agreement. It appears that statement was false: Liou and the debtor had actually entered into the Model Retention Agreement with an "addendum" attached that purported to charge the debtor a variety of fees over and above the court's flat, $3,500 "no-look" fee. Liou's modified Model Retention Agreement with the debtor was not attached to the application for compensation and was never filed with the court.

Accordingly, IT IS HEREBY ORDERED:

Timothy K. Liou is ordered to appear on May 24, 2011, at 10:30 a.m. before Judge A. Benjamin Goldgar in Courtroom 613, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and show cause why he should not be sanctioned pursuant to Rule 9011(b)(3) for making false assertions of fact in papers filed with this court.

Dated: April 20, 2011

*[signature: John H. Squires]*

United States Bankruptcy Judge