# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| Honorable | A. Benjamin Goldgar | Hearing Date | May 31, 2011 |

| Bankruptcy Case | No. 06 B 6197 | Adversary No. | |

Lorenzo Brent

**Brief Statement of Motion**

Order consolidating Rule 9011 matters for hearing and requiring

all future filings relating to those matters in case No. 06 B 6197

**Names and Addresses of moving counsel**

**Representing**

## ORDER

All matters relating to the Rule 9011 show cause orders dated April 20, 2011, and addressed to attorney Timothy K. Liou, as well as the Rule 9011 show cause orders addressed to Timothy K. Liou in *In re Karen T. Carstens*, No. 10 B 23825, and *In re Michael P. Iniquez*, No. 10 B 37403, are consolidated for hearing, and all further filings relating to those show cause orders must be made in the case styled *In re Lorenzo Brent*, No. 06-6197, using the caption of that case. This order will be docketed in each of the cases in which such a show cause order has been entered.